## Case No. 6,759.

### HOWARD v. DAVENPORT.

[Cited in Blennerhassett v. Sherman, 105 U. S. 108. Nowhere reported; opinion not now accessible.]